CAVERLY v. HEATON.

COBB, P. J. The evidence was conflicting, and authorized a finding in favor of either plaintiff or defendant. The trial judge has approved the verdict, and this court will not interfere with the exercise of his discretion.

Judgment affirmed. All the Justices concur.

Argued January 23,—Decided February 16, 1906.

Appeal. Before Judge Bartlett. Haralson superior court. May 24, 1905.

*Head & Head* and *Ellis, Wimbish & Ellis,* for plaintiff.
*J. M. & H. J. McBride,* for defendant.